DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID DAMERAU,**
Appellant,

v.

**LANCE JOSEPH** and **DAVID KAUFMAN,**
Appellees.

No. 4D21-1748

[October 14, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE15-17772.

Matthew Fornaro of Matthew Fornaro P.A., Coral Springs, for appellant.

Lance Joseph of The Law Office of Lane Joseph, Miami, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., CIKLIN and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***